UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **CASSANDRA GOLDEN and CHRISTINA GREEN,** | ) ) ) | |
| Plaintiffs, | ) ) | No. |
| v. | ) ) | |
| **LARRY J. OLSON, JR., d/b/a L O's TRUCKING,** | ) ) ) | **JURY DEMANDED** |
| Defendant. | ) ) | |

## FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, Larry J. Olson, Jr. ("Defendant" and/or "Olson"), by and through the undersigned counsel, and submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Larry J. Olson, Jr., operated a business under the name LO's Trucking. LO's Trucking is not a corporation or other formal entity, and is merely the "d/b/a" used by Larry J. Olson, Jr. However, in an attempt to comply with Rule 7.1, Defendant files this Corporate Disclosure Statement to notify the Court that LO's Trucking has no owner or parent company, and is not a publicly trade corporation.

Respectfully submitted this 6th day of January, 2025.

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ G. Graham Thompson*
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
735 Broad Street, Suite 1100
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283
akopet@csvl.law
gthompson@csvl.law

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties to this matter by electronic mail and/or by depositing a true copy of same in the U.S. Mail, with proper postage prepaid, addressed to counsel of record as follows:

Jason Dollard Esq.
SCHWED, ADAMS & McGINLEY, P.A.
88 Union Ave.
11th Floor, Ste. 1100
Memphis, TN 38103
jdollard@schwedlawfirm.com
*Attorney for Plaintiffs*

This 6th day of January, 2025.

**COPELAND, STAIR, VALZ, & LOVELL, LLP**

*/s/ G. Graham Thompson*