UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CASSANDRA GOLDEN and CHRISTINA GREEN,<br><br>    Plaintiffs,<br><br>v.<br><br>LARRY J. OLSON, JR., d/b/a L O's TRUCKING,<br><br>    Defendant. | )<br>)<br>)<br>)   No.<br>)<br>)<br>)<br>)<br>)   JURY DEMANDED<br>)<br>)<br>) |

**DEFENDANT'S RULE 7.1 DISCLOSURE AND CERTIFICATION OF CITIZENSHIP**

Defendant Larry J. Olson, Jr. ("Defendant" and/or "Olson"), pursuant to Fed. R. Civ. P. 7.1(a), states and certifies as follows: Olson is a citizen and resident of Wisconsin. LO's Trucking is not a corporation or other formal entity, and is the "d/b/a" used by Larry J. Olson, Jr. Plaintiffs have asserted that they are citizens of Georgia. Therefore, the action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which Olson may remove to this Court under 28 U.S.C. § 1441(a), because this is an action between citizens of different states.

Respectfully submitted this 14th day of January, 2025.

                                            **COPELAND, STAIR, VALZ & LOVELL, LLP**

                                            */s/ G. Graham Thompson*
                                            ANGELA CIRINA KOPET, BPR 017921
                                            G. GRAHAM THOMPSON, BPR 034467
                                            735 Broad Street, Suite 1100
                                            Chattanooga, TN  37402
                                            Phone: 423-713-7075
                                            Fax: 423-648-2283
                                            akopet@csvl.law
                                            gthompson@csvl.law

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties to this matter by electronic mail and/or by depositing a true copy of same in the U.S. Mail, with proper postage prepaid, addressed to counsel of record as follows:

Jason Dollard Esq.
SCHWED, ADAMS & McGINLEY, P.A.
88 Union Ave.
11th Floor, Ste. 1100
Memphis, TN 38103
jdollard@schwedlawfirm.com
*Attorney for Plaintiffs*

This 14th day of January, 2025.

                **COPELAND, STAIR, VALZ, & LOVELL, LLP**

                */s/ G. Graham Thompson*